IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

Filed at 10:50 A M
DATE 8/19/05
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

TAJRICK CONAWAY,

   Petitioner

v.

UNITED STATES OF AMERICA,

   Respondent

7:04-CV-18 (WDO)
7:00-CR-4 (WDO0

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to deny Petitioner's various motions to reconsider previous rulings and to vacate his sentence. Having carefully considered the Recommendation and the objections thereto, the Recommendation is ADOPTED and made the order of the Court. The aforementioned motions are DENIED.

SO ORDERED this 17th day of August, 2005.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE