# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **TAJRICK CONAWAY,** | : |
| **Petitioner** | : |
| v. | : 7:00-CR-4 (WDO) |
| | : 7:04-CV-18 (WDO) |
| **UNITED STATES OF AMERICA,** | : |
| **Respondent** | : |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Conaway's habeas petition, and there being no objection thereto, the Recommendation is adopted and made the order of the Court. Conaway's 28 U.S.C. § 2255 habeas petition is DENIED for the reasons set forth in the Report and Recommendation.

**SO ORDERED this 8th day of November, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**