**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| TAJRICK CONAWAY, | * | |
|     Petitioner, | * | CASE NO. 7:04-CV-018 WDO |
| v. | * | 28 U.S.C. § 2255 |
| | * | CASE NO. 7: 00-CR-4 WDO |
| UNITED STATES OF AMERICA, | * | |
|     Respondent. | * | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

The above styled action was remanded "solely for the district court to address the issue of whether Conaway's former counsel was ineffective for failing to advise him that it was possible for Conaway to seek to enter a conditional guilty plea while reserving the right to appeal the district court's suppression ruling." (R-132). From the briefs filed by both parties, it was determined by this court that Petitioner Conaway had made only speculative and conclusory claims of ineffective assistance of counsel relative to the issue being reviewed upon remand. Further, Petitioner Conaway filed no objection to the Report and Recommendation urging that finding. (R-136).

A certificate of appealability may issue under 28 U.S.C. § 2253 only if the applicant has made a substantial showing of the denial of a constitutional right. Petitioner Conaway has failed to make a substantial showing of the denial of a constitutional right in this matter.

WHEREFORE, Petitioner's Application for Certificate of Appealability is hereby DENIED.

**SO ORDERED** this 5th day of December 2006.

                                                      S/
                                                      **WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**