**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **TAJRICK CONAWAY,** | **:** | |
| | **:** | |
| **Petitioner** | **:** | |
| | **:** | |
| **v.** | **:** | **7:07-CV-90004-(WDO) (GMF)** |
| | **:** | **7:00-CR-4 (WDO) (GMF)** |
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **Respondent** | **:** | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to deny Petitioner's motion to vacate the judgment that denied the petition for habeas relief. Having carefully considered the Recommendation, and Petitioner's responses and objections thereto, the Recommendation is ADOPTED and made the order of the Court. The motion to vacate the denial of habeas relief is DENIED and DISMISSED.

**SO ORDERED this 2nd day of August, 2007.**


**S/C. Ashley Royal**
**C. ASHLEY ROYAL**
**UNITED STATES DISTRICT JUDGE**