IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TAJRICK CONAWAY, | * | |
| Petitioner, | * | |
| | | CASE NO. 7:00-CR-4 WLS |
| vs. | * | Rule 60(b)(6) Motion |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## REPORT AND RECOMMENDATION

Petitioner Conaway filed the above styled MOTION FOR RELIEF FROM JUDGMENT OR ORDER on August 18, 2009, pursuant to Fed.R.Civ.P. 60(b)(6), "seeking to amend the 3582(c)(2) order dated **December 8, 2008,** on the basis that the Court erred in calculating the correct base level." (Doc. 198 at 1). "Defendant Conaway requests that this Honorable Court amend its **December 8, 2008** order, vacate the judgment entered August 29, 2000, calculate the correct base offense level and review his 3582 motion using the rules upon review." *Id.*

The Court's Order dated December 8, 2008 (Doc. 190), to which Petitioner Conaway refers, was a denial of his March 11, 2008, MOTION REQUESTING MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C.§ 3582(c)(2) IN ACCORD WITH RETROACTIVE AMENDMENT 706 (Doc. 183). In that Motion Conaway claimed, "Petitioner's base offense level should not have exceeded the career offender guideline of 34 yielding a maximum sentence of 235 months." *Id.* at 3. The Court reaffirmed its original finding of Offense Level 35 (Doc. 184) and denied Petitioner's Motion pursuant to 18 U.S.C.§ 3582(c)(2) (Doc. 190). Petitioner

Conaway appealed to the Eleventh Circuit Court of Appeals which affirmed the District Court's decision in Appellate Judgment rendered on June 4, 2009, stating, "Because independent examination of the entire record reveals no arguable issues of merit, . . . the denials of Conaway's motion to reduce his sentence pursuant to 18 U.S.C.§ 3582(c)(2) and his motions for reconsideration are **AFFIRMED.**"  (Doc. 197).

Petitioner's claim in his March 11, 2008, Motion pursuant to 18 U.S.C.§ 3582(c)(2) cannot be distinguished from his present Rule 60(b) request for the court to "calculate the correct base offense level and review his 3582 motion". (Doc. 198).  Proceeding under Rule 60(b)(6) does not make Petitioner Conaway's request a new and different claim.  Moreover, this issue has already been raised and determined adversely to Petitioner Conaway by the United States Court of Appeals for the Eleventh Circuit.  Our Court of Appeals held in *United States v. Nyhuis,* 211 F.3d 1340, 1343(11th Cir. 2000), that, "The district court is not required to reconsider claims of error that were raised and disposed of on direct appeal. *United States v. Rowa,* 663 F.2d 1034, 1035 (11th Cir. 1981)."  Quoting *United States v. Tamayo,* 80 F.3d 1514 (11th Cir. 1996), the Eleventh Circuit Court of Appeals held, "Accordingly, when acting under an appellate court's mandate, a district court cannot vary it, or examine it for any other purpose than execution; or give any other or further relief; or review it, even for apparent error, upon a matter decided on appeal; or intermeddle with it, further than to settle so much as has been remandated." *Id.* at 1520. . . . "The law of the case doctrine (and, by implication, the mandate rule applies to findings made under the Sentencing Guidelines. *See, e.g., United States v. Bordon,* 421 F.3d 1202, 1207-08 (11th Cir.

2005)(declining to consider a challenge to a Guideline calculation that was previously reviewed and affirmed by this court)." *United States v. Amedeo,* 487 F.3d 823, 830 (11th Cir. May 24, 2007).

**WHEREFORE, IT IS RECOMMENDED** that, upon the foregoing authority, Petitioner Conaway's MOTION FOR RELIEF FROM JUDGMENT OR ORDER on August 18, 2009, pursuant to Fed.R.Civ.P. 60(b)(6), be DENIED.   Pursuant to 28 U.S.C. § 636 (b)(1), Petitioner and/or the Government may serve and file written objections to this Recommendation with the UNITED STATES DISTRICT JUDGE, WITHIN TEN (10) DAYS after being served with a copy hereof.

**SO RECOMMENDED** this 27th day of August 2009.

                                                 **S/ G. MALLON FAIRCLOTH**
                                                 **UNITED STATES MAGISTRATE JUDGE**