IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TAJRICK CONAWAY,**<br><br>    Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Respondent. | Case No. 7:00-CR-04 (HL) |

### ORDER

This case is before the Court on Petitioner's Motion to Alter or Amend Judgment (Doc. 234).

It is not necessary to address the merits of Petitioner's motion because he is not permitted to file any motions pro se while he is represented by counsel. "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). The Court declines to consider, and consequently denies, Petitioner's motion.

**SO ORDERED**, this the 29th day of August, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks